IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN MURPHEY,                       )
                                     )
                  Petitioner,        )
                                     )   Civil No. 07-1189-TC
       v.                            )
                                     )   ORDER
CHARLES DANIELS,                     )
                                     )
                  Respondent.        )
_____)

       Magistrate Judge Thomas M. Coffin filed his Findings and
Recommendation on January 23, 2008.  The matter is now before
me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my
obligation to give the factual findings de novo review.  Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d
452, 454 (9th Cir. 1983).  Having reviewed the legal principles
de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is denied as moot.

IT IS SO ORDERED.

DATED this ___13th___ day of ___Feb.___, 2008.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER